**DAVID BURCHARD, TRUSTEE**
P.O. Box 8059, Foster City, CA  94404
(650) 345-7801    FAX (650) 345-1514
(707) 544-5500    FAX (707) 544-0475

0050-1B-EPIP1B-00038294-184901

# UNITED STATES BANKRUPTCY COURT
## Northern District of California
## San Francisco / Santa Rosa Divisions

**BANKRUPTCY CASE NO:** 11-3-3213 HLB
Chapter 13

IN RE:

FELY LAZARO SMIRNOFF

_____
DEBTOR(S)

## ACCOUNTING OF CHAPTER 13 PLAN PAYMENTS

The Trustee represents that as of _____11/22/2016_____, all the payments owed by the above named debtor(s) in the Chapter 13 Case filed on _____08/31/2011_____ and confirmed by the Court, have been paid.

DATE:   11/30/2016

_____/s/_____
**DAVID BURCHARD, TRUSTEE**